UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHELE GALOTTA,**<br><br>    Plaintiff,<br><br>    v.<br><br>**CARSON C. BLOCK**, *et al.*,<br><br>    Defendants. | Case No. 4:21-cv-05556-YGR<br>(Related to 4:21-cv-02423-YGR)<br><br>**ORDER DISMISSING CASE** |

On July 12, 2022, the Court issued an order directing plaintiff to amend the complaint no later than July 27, 2022. In the order, the Court warned that the failure to timely amend will result in this case being dismissed for failure to prosecute. Since plaintiff failed to timely amend, the case is dismissed.

The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED.**

Dated: July 28, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**